E.D.N.Y. – Bklyn
13-cv-3636
Gleeson, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of April, two thousand sixteen.

Present:

Rosemary S. Pooler,
Barrington D. Parker,
Debra Ann Livingston,
            *Circuit Judges*.

_____

General Waiters,

                    *Petitioner-Appellee*,

            v.                                          15-3487

William Lee, Superintendent of Green Haven Correctional Facility,

                    *Respondent-Appellant*.

_____

Appellant requests a stay, pending appeal, of the district court's order that Petitioner be released on bond.  Upon due consideration, it is hereby ORDERED that Appellant's motion is GRANTED. *See Hilton v. Braunskill*, 481 U.S. 770 (1987).

It is further ORDERED that this appeal shall be expedited. Appellant having filed its brief, it is hereby ORDERED that appellee shall file its brief in opposition, if any, no later than May 10, 2016 and the appellant shall file its reply brief, if any, 14 calendar days after the filing of the opposition brief.  The Clerk of the Court is respectfully directed to calendar the case for the first available panel of the new term.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

