UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of April, two thousand and sixteen.

Before:     Gerard E. Lynch,
                *Circuit Judge.*

_____

General Waiters,

       Petitioner - Appellee,

v.

William Lee, Superintendent of Greene Haven Correctional Facility,

       Respondent - Appellant.

**ORDER**

Docket No. 15-3487

_____

     Gary A. Farrell, counsel for Petitioner General Waiters, moves for the appointment of Megan Benett pursuant to the CJA.

     IT IS HEREBY ORDERED that the motion is GRANTED.

                                            For the Court:

                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

