UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand and seventeen.

Before:      Dennis Jacobs,
                Barrington D. Parker,
                Debra Ann Livingston,
                     *Circuit Judges*.
_____

General Waiters,

       Petitioner - Appellee,

v.                                                             **JUDGMENT**
                                                                     Docket No. 15-3487

William Lee, Superintendent of Greene Haven Correctional Facility,

       Respondent - Appellant.
_____

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED for further proceedings consistent with the Court's opinion.

                                                     For The Court:

                                                     Catherine O'Hagan Wolfe,
                                                     Clerk of Court